SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A"- Case No. 22-cv-03904

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=A3B20012PCL9VQ | Kiki Party US |
| 2 | amazon.com/sp?seller=A1LZ5PK5OLJND | KINGEE TRADING CO., LImITED |
| 3 | amazon.com/sp?seller=A15URXTY3SJDQL | KUyahshew014 |
| 4 | amazon.com/sp?seller=A2RJD8W0SY08O3 | laibukeji |
| 5 | amazon.com/sp?seller=A2M0LSXYW4RA2Q | langchaomeiguozhan |
| 6 | amazon.com/sp?seller=A3FESA8GVUGG41 | LEBERY |
| 7 | amazon.com/sp?seller=ACQ7DIEH039EL | LEONAL STORE |
| 8 | amazon.com/sp?seller=AQK469ZO4CRLI | LINDYUELANG |
| 9 | amazon.com/sp?seller=A2XI7P1OI6OGHW | lishaochundebeimeidianpu |
| 10 | amazon.com/sp?seller=A23WVIADUKXAER | LIUBOWENKL |
| 11 | amazon.com/sp?seller=A2ZLYOI3Q8DOQ1 | liwenxuedebeimeidianpu |
| 12 | amazon.com/sp?seller=A16FR0W3YV7T2T | ljsdhte |
| 13 | amazon.com/sp?seller=A2WUNFZKSMJSIO | Lluvia-US |
| 14 | amazon.com/sp?seller=A193VQ21F45UMU | lnkdeya - US |
| 15 | amazon.com/sp?seller=A2QQW8GLC76IJA | loo2per12 |
| 16 | amazon.com/sp?seller=AZEG1SI0QBEN6 | lortian |
| 17 | amazon.com/sp?seller=A36WT22AUMKXRE | LoveSlash |
| 18 | amazon.com/sp?seller=AAWMPNMYCJAUQ | luojiaoyu |
| 19 | amazon.com/sp?seller=A275HRGKXHGZS0 | luzhouboyutiyuyundongyouxiangongsi |
| 20 | amazon.com/sp?seller=A348RKJP00YOTM | lvlongweidedian |
| 21 | amazon.com/sp?seller=A2VNXLDYWP7PZA | MAST |
| 22 | amazon.com/sp?seller=A1YG54FSEVKSY0 | meet y&ROMILUG |
| 23 | amazon.com/sp?seller=AQI4P17CYYN1W | Memory electric ltd |
| 24 | amazon.com/sp?seller=A2AS51BT53H0D6 | MENGXUANSHOP |
| 25 | amazon.com/sp?seller=A373IG8OTPKS8P | mianyangxinruiboshangmaoyouxiangongsi |
| 26 | amazon.com/sp?seller=A1FNW53FH211EC | Mwjenon |
| 27 | amazon.com/sp?seller=A1RM1CNFI5AZHZ | Natural Behaviour |
| 28 | amazon.com/sp?seller=AUUWD8US4E1S1 | Neevop Direct US |
| 29 | amazon.com/sp?seller=AMUO8FLE8MOT9 | neutronet |
| 30 | amazon.com/sp?seller=A11ZN72VZRR7QG | Nhzxcwerfa |
| 31 | amazon.com/sp?seller=A2EURXJDLAE10L | nsdgdfgsdagdsf |
| 32 | amazon.com/sp?seller=A1KT7LGN9SDK8S | ONE DREAM PARTY |
| 33 | amazon.com/sp?seller=A32US0N5SPZ6J | pangfufu |

| # | URL | Seller |
|---|---|---|
| 34 | amazon.com/sp?seller=A2FHMQH1SDUDEG | PartyGift |
| 35 | amazon.com/sp?seller=AUUI46OS2I0VB | peacockui |
| 36 | amazon.com/sp?seller=A8HVSS6ZLKQWM | PIESWEETY-US |
| 37 | amazon.com/sp?seller=APNAYJDWKLTZF | pinghaizhou |
| 38 | amazon.com/sp?seller=A1B6802O0EZOBF | PINZHISHENGHUOUS |
| 39 | amazon.com/sp?seller=A1TVH9DHFG3X4S | PlayingToys Shop |
| 40 | amazon.com/sp?seller=AB9MY83R6KMPX | PolarRank |
| 41 | amazon.com/sp?seller=A47AS5LF0SE86 | Polite elephant |
| 42 | amazon.com/sp?seller=AVPA3TBZTHSDZ | popamz |
| 43 | amazon.com/sp?seller=AJ9X3RI66AE5J | Power China |
| 44 | amazon.com/sp?seller=A26XPZUXWMOHIY | Qijiaming Decor |
| 45 | amazon.com/sp?seller=A16AIOKNS7PY8S | QINGZHOUTEZHANSHANGMAOYOUXIANGONGSI |
| 46 | amazon.com/sp?seller=A1IINEQHCTMKE3 | QinJingWeiDeDianPu1 |
| 47 | amazon.com/sp?seller=A460JUCREJC8O | QIUVI |
| 48 | amazon.com/sp?seller=A3CU1OA60C4XR9 | qiuwenfu2022store |
| 49 | amazon.com/sp?seller=A3THW5NR032W4H | quanzhoushifeisidianzishangwuyouxiangongsi |
| 50 | amazon.com/sp?seller=A4KR3ST0GJLA8 | REHALY |
| 51 | amazon.com/sp?seller=A18WZEB5VRA2S6 | rgrg44 |
| 52 | amazon.com/sp?seller=A36VY5K9UEZLE7 | RuDanYangshop |
| 53 | amazon.com/sp?seller=A9TAWD4MK1ZIM | Ruitushangmao |
| 54 | amazon.com/sp?seller=A136WR8X3MP9I7 | runfengzhuangshishop |
| 55 | amazon.com/sp?seller=A3CEV91UVUWWZ0 | ruzhoushiqingshushangmao |
| 56 | amazon.com/sp?seller=A2UAVNW9B3X286 | sacdewav |
| 57 | amazon.com/sp?seller=A2BC1S3XIZCHWK | SAFAX235 |
| 58 | amazon.com/sp?seller=A1H6AK1QEAD7HB | Sanky us |
| 59 | amazon.com/sp?seller=A4KW8G08Q1157 | shang'haishengda |
| 60 | amazon.com/sp?seller=ARH68NW78JW0D | shanxiduhongdalishangmaoyouxiangongsi |
| 61 | amazon.com/sp?seller=A1DSDCZO9DI80S | ShanXiYinYunXiaZiWenHuaChuanMeiYouXianGong |
| 62 | amazon.com/sp?seller=A2BFMLJ8DC064S | ShengYuan-US |
| 63 | amazon.com/sp?seller=A3SR59D0FTSWUP | Shenzhen Runjun Trading Co., Ltd. |
| 64 | amazon.com/sp?seller=AEHSZJ6QBON42 | SHICHANG-US |
| 65 | amazon.com/sp?seller=A1RY16FA58T8IL | sicheng11 |
| 66 | amazon.com/sp?seller=A2TFVGNNC8IOR4 | SiChuanZhenLanHuanBaoKeJiYouXianGongSi |
| 67 | amazon.com/sp?seller=ACWV5QZ9FJPFD | Simoona |
| 68 | amazon.com/sp?seller=A6NLZBJ3FRCBS | siyidianhunbaihuodian |
| 69 | amazon.com/sp?seller=AXZ1JN9BAFWHA | SMARTISIO |
| 70 | amazon.com/sp?seller=AH8VO4ZLP7XVC | SOKKIA |
| 71 | amazon.com/sp?seller=A2UDL4SSIZT60O | songyingjiedediann |

| | | |
|---|---|---|
| 72 | amazon.com/sp?seller=A2LT9HQT6GK5RW | Stroll Garden |
| 73 | amazon.com/sp?seller=AUWI6W6SWMNJS | Summertime-shop |
| 74 | amazon.com/sp?seller=AE0L1KOK4ZMHO | Supeny US |
| 75 | amazon.com/sp?seller=A3HGJOJEGRC49T | SUPER BALLOONS |
| 76 | amazon.com/sp?seller=A21GVL0S7BXW3A | super hongchen |
| 77 | amazon.com/sp?seller=AEB7QK1R5S0CL | SVZIOOG |
| 78 | amazon.com/sp?seller=A2PJXX560M369F | TaeeAoog |
| 79 | amazon.com/sp?seller=A2QVH4QZXP7A6S | tangxiangdebeimeidianpu |
| 80 | amazon.com/sp?seller=A3MIXO5A0PTNJW | Tinyu US |
| 81 | amazon.com/sp?seller=A1L3J4KJW26U3H | tongfubaihuodian |
| 82 | amazon.com/sp?seller=A25WJ2T6QKMEFF | tongshanxiancaojiabaihuodian |
| 83 | amazon.com/sp?seller=A44Y751OK3DAC | Toxinge |
| 84 | amazon.com/sp?seller=A16WETBRR6QK56 | TUTA |
| 85 | amazon.com/sp?seller=A1VM7I3V0XKZIW | Txvera |
| 86 | amazon.com/sp?seller=A1BRSJYPTHDKX9 | Unumber |
| 87 | amazon.com/sp?seller=ASGNT5EKLXSZN | US-MDG |
| 88 | amazon.com/sp?seller=A1WSH66AAJS0DC | US-MSJ |
| 89 | amazon.com/sp?seller=A22I1TREADYWU4 | VEISE INDUSTRIAL CO., LIMITed |
| 90 | amazon.com/sp?seller=A39CAD52E5EC7E | Visions-2012 |
| 91 | amazon.com/sp?seller=A1ZX64BDLTEEB7 | Vist the Baijia Store |
| 92 | amazon.com/sp?seller=A1RX5H1Q9ZVN7H | Vitalityforest |
| 93 | amazon.com/sp?seller=A2UHLWEYK67K8Z | wangchanglindebeimeidianpu |
| 94 | amazon.com/sp?seller=A2YJ8L1S9QY2SK | Wangkailibeimeizhan |
| 95 | amazon.com/sp?seller=A2J63OCYUCP1DR | wanglongdebeimeidianpu |
| 96 | amazon.com/sp?seller=A3P7HA6O5BWP6W | wangping2022 |
| 97 | amazon.com/sp?seller=A2IISLLDQ1GDXS | WangXiuQin |
| 98 | amazon.com/sp?seller=A390N9UHWW4SXE | Wangzhiguobeimeizhan |
| 99 | amazon.com/sp?seller=A1KB6F1AKE6RP6 | WEEBF |
| 100 | amazon.com/sp?seller=A3UC136CK6VOTN | WFTYBCMN |
| 101 | amazon.com/sp?seller=A2P82JVMX1QAIT | WirJouer |
| 102 | amazon.com/sp?seller=A2OQQHD3Q1XJ1O | WordHome |
| 103 | amazon.com/sp?seller=AEM7VXPGISTZB | WOSYYXGS-US |
| 104 | amazon.com/sp?seller=A28N1O3H65GCQ1 | wutianle001 |
| 105 | amazon.com/sp?seller=A2T6EOSQF1KJCN | Xiangmai Department Store |
| 106 | amazon.com/sp?seller=ALSEA5ZBBCI0Y | xiangxiaochuanxiangcaiguan |
| 107 | amazon.com/sp?seller=AWO4O5U69PYTG | xiaoxuenihao |
| 108 | amazon.com/sp?seller=A33LCTGPLYFYLM | Xinderli |
| 109 | amazon.com/sp?seller=AEW6TTAZY9J0N | Xing-Zhi |
| 110 | amazon.com/sp?seller=A1VUSEBTJ9RART | Xinjiangtutechan |
| 111 | amazon.com/sp?seller=A16K89RB2P5DLW | xixianxinqufengdongxinchengzhujianglvbaihuodian |

| | | |
|---|---|---|
| 112 | amazon.com/sp?seller=A14T464YKIZ7ML | XUANYISHOP |
| 113 | amazon.com/sp?seller=A2WL3S68TTNFWQ | xuchangranhaishangmaoyouxiangong |
| 114 | amazon.com/sp?seller=A3UZHCDCNBZT2E | Xuejingwen |
| 115 | amazon.com/sp?seller=A250MEJFYX9V2Z | xupeng888 |
| 116 | amazon.com/sp?seller=A3OWVJFTN6YP8K | YANFUTIAN |
| 117 | amazon.com/sp?seller=A2RMQ4EXRN5B1Q | yangtingtingDESHANGMAO |
| 118 | amazon.com/sp?seller=A3IT4UDQ1ZFIR9 | YanTaiNanXianDianZiShangMa |
| 119 | amazon.com/sp?seller=A2FGGJUZ7ST8TE | yazebaby |
| 120 | amazon.com/sp?seller=A1SMX8HGHNPN0Z | yenjbe |
| 121 | amazon.com/sp?seller=A1FF6HJMV7B83I | yichangdangchaodianzishangwuyouxiangongsi |
| 122 | amazon.com/sp?seller=A2N271YUM587V7 | Yichunchuangquan |
| 123 | amazon.com/sp?seller=A2FPTEM1XNAOOS | YiHanShangMao |
| 124 | amazon.com/sp?seller=AMBY7VTQF9T91 | YingGeLiShi |
| 125 | amazon.com/sp?seller=A3TSXRIYKL5TER | YINGHUISHANGHANG |
| 126 | amazon.com/sp?seller=A33YEVD46IMJQH | YOMOCOZ |
| 127 | amazon.com/sp?seller=A1CSQAVIS29K75 | YQLUS |
| 128 | amazon.com/sp?seller=A3749LT9Q3D85C | yuexianguangdebeimeidianpu |
| 129 | amazon.com/sp?seller=AUHAM0TFMXCGI | yunboshop |
| 130 | amazon.com/sp?seller=A23ARNM5ATRPQ2 | YUPENGQING |
| 131 | amazon.com/sp?seller=A1QWB2AKTOF18R | yuxinshangmaoshop |
| 132 | amazon.com/sp?seller=A2GSCCGVPIOMQV | YYG-SHOP |
| 133 | amazon.com/sp?seller=A1YHXDKMJPQ9O0 | zanxiangkun123 |
| 134 | amazon.com/sp?seller=A3TEJWAFPYJUT | ZENZAL |
| 135 | amazon.com/sp?seller=A13RUAEPGNLQ4W | ZERUN SHOP |
| 136 | amazon.com/sp?seller=A3QGPWRKRWVNT0 | zhangyongqidebeimeidianpu |
| 137 | amazon.com/sp?seller=A31BRUAFTIBCJ9 | zhangyuqiang-us |
| 138 | amazon.com/sp?seller=A37DMPF2VWUHHJ | zhaowenbo-01 |
| 139 | amazon.com/sp?seller=A2OVMYAJ3RF5TO | zhendefadianzishangwuyouxiangongsi |
| 140 | amazon.com/sp?seller=A2NLQN5NNGH7AS | ZhongKangXinshop |
| 141 | amazon.com/sp?seller=A1F3NB277318BT | zixuan002 |
| 142 | amazon.com/sp?seller=A2PIVYY0VYT2M4 | Zomine_XH |
| 143 | amazon.com/sp?seller=A2NRFSV6COH6Q9 | Z-Zhu |
| 144 | amazon.com/sp?seller=AOIE0JGLVKQ2 | zzzsqasas |
| 145 | ebay.com/usr/dmmy10086 | dmmy10086 |
| 146 | ebay.com/usr/lililis | lililis |
| 147 | ebay.com/usr/wanjiu-02 | wanjiu-02 |
| 148 | ebay.com/usr/wjmm-4 | wjmm-4 |
| 149 | ebay.com/usr/fire_whisky | fire_whisky |
| 150 | walmart.com/seller/101116786 | HEITIGN |
| 151 | walmart.com/seller/101118094 | SaideSi |

| | | |
|---|---|---|
| 152 | walmart.com/seller/101138929 | shenzhenshibinghujinmaoyiyouxiangongsi |
| 153 | walmart.com/seller/101094709 | TOOSCI OFFICAL |
| 154 | wish.com/merchant/5f6eaca713316c4da8363d96 | ADTCXW9410ww |
| 155 | wish.com/merchant/5f7161f09da0170a316e8509 | gengjingren Store |
| 156 | wish.com/merchant/5f8409fd94ffbaf9d68ea82f | LUOJUN1991KKU |
| 157 | wish.com/merchant/5f83e06dae1df3003dac3c41 | MFQfanqige |