**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,

              Plaintiffs,

v.

KIKI PARTY US, et al.,

              Defendants.

Case No. 22-cv-03904

**Judge Franklin U. Valderrama**

**Magistrate Judge Young B. Kim**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. (collectively, "Spin Master" or "Plaintiffs") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| songyingjiedediann | 71 |
| Vist the Baijia Store | 91 |
| Vitalityforest | 92 |

Dated this 9th day of December 2022.    Respectfully submitted,


/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law

*Attorneys for Plaintiffs Spin Master Ltd. and Spin Master, Inc.*